UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> $11,100 IN U.S. CURRENCY, <br> AND ANY ACCRUED INTEREST, <br><br> Defendant. | CASE NO. CV23-132-RAJ <br><br> **DEFAULT JUDGMENT OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Default Judgment of Forfeiture ("Motion"). Dkt. # 140. The Court, having reviewed the Motion, as well as the other pleadings and papers filed in this case, FINDS entry of a Default Judgment of Forfeiture is appropriate because:

- The United States properly served, by direct notice and publication, all potential claimants to the above-captioned currency and any accrued interest (Notice of Complaint, Dkt. No. 2, Declaration of Publication, Dkt. No. 6, Declaration of AUSA Jehiel I. Baer in Support of Request for Clerk to Enter Default, Dkt. No. 8);

- No one has filed a claim to the property or otherwise appeared in this case;

Default Judgment of Forfeiture - 1
*U.S. v. $11,100 in U.S. Currency, et al.,* CV23-132-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- On July 25, 2023, the Clerk of Court entered default against all potential claimants (Dkt. No. 9); and,

- The currency, and any interest that has accrued at the established rate provided by 28 U.S.C. § 1961(a), constitute a sum certain.

NOW, THEREFORE, THE COURT ENTERS Default Judgment of Forfeiture, as follows:

1. The above-captioned currency, and any interest that has accrued on them at the established rate provided by 28 U.S.C. § 1961(a), are fully and finally forfeited, in their entirety, to the United States pursuant to 21 U.S.C. § 881(a)(6); hereafter, no right, title, or interest in the currency and any accrued interest shall exist in any other party; and,

2. The United States Marshals Service, and/or its agents and representatives, shall dispose of the currency and any accrued interest as permitted by governing law.

IT IS SO ORDERED.

DATED this 31st day of January, 2024.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

Default Judgment of Forfeiture - 2
*U.S. v. $11,100 in U.S. Currency, et al.,* CV23-132-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Default Judgment of Forfeiture - 3
*U.S. v. $11,100 in U.S. Currency, et al.,* CV23-132-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970